IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CARLOS RUIZ,

     Plaintiff,

vs.                                     Case No.: 3:11cv292/MCR/EMT

SEVERAL CORRECTIONAL OFFICERS,

     Defendants.
_____/

## O R D E R

     This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated July 27, 2011.  (Doc. 11).  Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a de novo determination of any timely filed objections.

     Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

     Accordingly, it is now **ORDERED** as follows:

     1.     The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

     2.     Plaintiff's notice of voluntary dismissal (doc. 10) is **GRANTED** and this case is **DISMISSED without prejudice**.

     **DONE AND ORDERED** this 29th day of December, 2011.

                         s/ *M. Casey Rodgers*

                         **M. CASEY RODGERS**
                         **CHIEF UNITED STATES DISTRICT JUDGE**